# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| VERSO CORPORATION, et al., | ) CASE NO. 3:19-CV-00006 |
| Plaintiffs, | ) |
| v. | ) JUDGE WALTER H. RICE |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION AFL-CIO/CLC, et al., | ) MAGISTRATE SHARON OVINGTON<br>) ORDER AND ENTRY GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO |
| Defendants. | ) COMPEL |

On April 8, 2019, Plaintiffs Verso Corporation and Verso Health and Welfare Benefit Plan (collectively "Verso" or "Plaintiffs") moved for a 14-day extension to respond to the Motions to Dismiss that were filed by Defendants Anne Anderson, John Anderson, Milton Anderson, Jean Anhalt, Ronald Ashbeck, John Buckholtz, III, Douglas Carolfi, Kenneth Smith, the International Brotherhood of Electrical Workers, AFL-CIO ("IBEW"), the United Association of Journeymen and Apprentices of the Plumbing & Pipefitting Industry, AFL-CIO ("UA") on March 22, 2019 (Doc. # 40, 41, 42, and 43).

Plaintiffs also moved for a 14-day extension to respond to the Motion to Compel Arbitration filed by Defendant United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC's ("USW") on March 26, 2019 (Doc. #44).

Having reviewed Plaintiffs' Unopposed Motion, and for good cause shown, the Court hereby grants the Plaintiffs' Unopposed Motion in its entirety. The Court orders Plaintiffs to file any memorandums in opposition to the Motions to Dismiss (Doc. # 40, 41, 42, and 43) on or before April 26, 2019. The Court orders Plaintiffs to file any memorandum in opposition to the USW's Motion to Compel Arbitration (Doc. # 44) on or before April 30, 2019. Correspondently, the time for reply briefs is adjusted to account for this extension.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
WALTER H. RICE