UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VERSO CORPORATION and
VERSO CORPORATION HEALTH and
WELFARE BENEFIT PLAN,

    Plaintiffs,

v.

UNITED STEEL, PAPER AND FORESTRY
RUBBER, MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL UNION,
AFL-CIO-CLC, ("USW"), *et al.*,

    Defendants.
_____/

Case no. 3:19-cv-00006
Class Action for Declaratory
Judgment, seeking certification
of a defendant-class

United States District Judge
Walter H. Rice

**ORDER**

Defendant USW moves for a six-day extension to file its reply in support of USW's motion to compel arbitration (D. 44). Plaintiffs do not oppose the extension, and for good cause shown:

IT IS ORDERED that USW shall have until June 3, 2019 to file a reply in support of its motion to compel arbitration.

Date: 5-24.19