# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| VERSO CORPORATION | Case No. 3:19-cv-00006 |
| and | Judge Walter H. Rice |
| VERSO CORPORATION HEALTH AND WELFARE BENEFIT PLAN, | |
| Plaintiffs, | |
| v. | |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION AFL-CIO/CLC, *et al.*, | |
| Defendants. | |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND

Pursuant to S.D. Ohio Civ. R. 7.3, the Court hereby GRANTS Defendant Bradley A. Baldock's unopposed motion for a 30-day extension of time to respond to the Complaint served upon him April 18, 2019. The new date for a responsive pleading from Defendant Baldock is June 29, 2019.

Entered this **30th** day of **May** 2019.       _____
                                                                                U.S. District Judge