IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VERSO CORPORATION<br><br>and<br><br>VERSO CORPORATION HEALTH<br>AND WELFARE BENEFIT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STEEL, PAPER AND<br>FORESTRY, RUBBER,<br>MANUFACTURING, ENERGY<br>ALLIED INDUSTRIAL AND SERVICE<br>WORKERS INTERNATIONAL UNION<br>AFL-CIO/CLC, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-00006<br><br>Judge Walter H. Rice |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND

Pursuant to S.D. Ohio Civ. R. 7.3, being unopposed and for the good cause shown, the Court hereby GRANTS Defendant Bradley A. Baldock's motion for a 60-day extension of time to respond to the Complaint served upon him April 18, 2019. The new date for a responsive pleading from Defendant Baldock is August 28, 2019.

Entered this **1ST** day of **July** 2019.

_____
U.S. District Judge