# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| VERSO CORPORATION, et al., | CASE NO. 3:19-CV-00006 |
| Plaintiffs, | |
| v. | JUDGE WALTER H. RICE |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION AFL-CIO/CLC, et al., | <u>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT BRADLEY BALDOCK'S MOTION TO DISMISS</u> |
| Defendants. | |

This matter came before the Court on Plaintiffs' Unopposed Motion for Extension of Time for Plaintiffs to Respond to Defendant Bradley Baldock's Motion to Dismiss. Upon the motion, and for good cause shown, the Court hereby orders Plaintiffs to file a response to Defendant Baldock's Motion to Dismiss on or before September 18, 2019.

**IT IS SO ORDERED.**

Judge Walter H. Rice

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2019, I electronically filed the foregoing *Order Granting Unopposed Motion for Extension of Time for Plaintiffs to Respond to Defendant Bradley Baldock's Motion to Dismiss* with the Clerk of the Court using the CM/ECF system, which will electronically notify and serve all parties of record. It has also been served via regular U.S. mail to the following persons:

James Folcik
4412 C Road
Bark River, MI 49807


Wendy Bowman
8719 Highway M-35
Gladstone, MI 49837

/s/ Curtis G. Moore
Curtis G. Moore (0091209)

*Counsel for Plaintiffs*