IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VERSO CORPORATION, et al., :
    Plaintiffs,

v. :

UNITED STEEL, PAPER AND
FORESTRY, RUBBER,
MANUFACTURING, ENERGY, :    Case No. 3:19-cv-0006
ALLIED INDUSTRIAL AND            JUDGE WALTER H. RICE
SERVICE WORKERS
INTERNATIONAL UNION, AFL-
CIO/CLC, et al.,
    Defendants.

---

DECISION AND ENTRY DISMISSING WITHOUT PREJUDICE
DEFENDANTS WENDY BOWMAN AND JAMES W. FOLCIK
SUBJECT TO PLAINTIFFS' RIGHT TO APPEAL THIS COURT'S
DECISION AND ENTRY, DOC. #91, AND RIGHT TO REFILE A NEW
COMPLAINT AGAINST THESE DEFENDANTS; CONFERENCE CALL
SCHEDULED FOR THURSDAY, APRIL 22, 2020 AT 3:00 P.M.

---

Pursuant to the Response to Order to Show Cause, Doc. #92, filed by Plaintiffs, Verso Corporation and Verso Corporation Health and Welfare Benefit Plan ("Plaintiffs"), this Court dismisses without prejudice, Defendants, James W. Folcik ("Folcik") and Wendy Bowman ("Bowman"). Said dismissal is without prejudice to Plaintiffs' right to appeal this Court's Decision and Entry, Doc. #91, and without prejudice to Plaintiffs' right to file a new complaint against Folcik and

Bowman in another forum where subject matter jurisdiction and personal jurisdiction exist.

A conference call with the Court is scheduled for Thursday, April 22, 2020, at 3:00 p.m. The call will include counsel for Plaintiffs and counsel for the following Defendants: the International Brotherhood of Teamsters ("IBT"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO-CLC ("USW") and the International Association of Machinists and Aerospace Workers, AFL-CIO-CLC ("IAM").

Date: April 14, 2020

/s/ Walter H. Rice (tp - per Judge Rice authorization)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE