UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Verso Corporation and Verso Corporation
Health and Welfare Benefit Plan,
    Plaintiffs,

v.

United Steel, Paper and Forestry,
Rubber, Manufacturing, Energy,
Allied Industrial and Service
Workers International Union, *et. al*..,
    Defendants.

and

Milton J. Anderson (Michigan), John E. Buckholtz III (Maryland),
Anne M. Anderson (Wisconsin), on behalf of themselves and similarly-situated USW retirees,
    Counter-Plaintiffs,

v.

Verso Corporation,
    Counter-Defendant
_____/

Case No. 3:19-cv-00006
Class Action

United States District Judge
Walter H. Rice

**ORDER (1) REGARDING NOTICE TO ADDITIONAL CLASS MEMBERS AND NOTICE TO ORIGINAL CLASS MEMBERS OF CHANGE IN ANTICIPATED SETTLEMENT PAYOUT AND (2) SETTING NEW OBJECTION DEADLINE AND A NEW FAIRNESS HEARING DATE**

The Court has before it the agreed-upon motion by USW and Counter-plaintiffs USW and putative class representatives Milton J. Anderson, John E.

1

Buckholtz, and Anne M. Anderson, joined by Verso Corporation, to send a new notice to the new 25 class members and to inform the 92 class members who received the notice in April 2023 of the changes in the anticipated payout to each class member.

Verso has agreed to increase the settlement by $20,800.00 (from $265,000 to $285.800.00; $5,000.00 goes to USW for legal costs). This was done so that the anticipated payout to each class member would be about $2,400, less than the anticipated $2,826 payout per class member that was set forth in the settlement motion (ECF #109, PgID#2221) but higher than if the $265,000 settlement amount remained unchanged.

The Court being advised,

**IT IS ORDERED**:

1. Class counsel shall mail this Order, the March 30, 2023 Order (ECF#112) and Notice of Class Action Settlement—by first-class mail—to the additional 25 class members (ECF#1161) and the 92 class members identified in the retiree list (ECF #109-3), within 21-days of entry of this order.

2. A Rule 23(e)(2) fairness hearing shall be held virtually by the Court—on November 21, 2023, beginning at 1:30 p.m. in GoToMeeting—to determine whether the class settlement is fair, reasonable, and adequate.

2

3. Class members shall have until October 16, 2023 to make written objections, if any, to the settlement. The objection must be sent by first-class U.S. mail to class counsel, postmarked by October 16, 2023. A class member who does not timely send an objection will, absent good cause shown, have waived all objections and be barred from making any objections to the fairness or adequacy of the proposed settlement. The Court, in its discretion and for good cause, may extend the dates set forth in this Order or change the time of the fairness hearing without written notice to class members.

4. Class members may direct any questions regarding this class action settlement to retiree class counsel John Adam at:

John G. Adam
3950 W. 11 Mile Road
Berkley, MI 48096
248-227-9898
jgabrieladam@gmail.com

**IT IS SO ORDERED** this 6th day of September 2023.

Walter H. Rice
United States District Judge