# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Verso Corporation and Verso Corporation Health and ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  3:19-cv-00006 |
| United Steel et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  jUDGEMENT GRANTING FINAL APPROVAL TO THE USW RETIREES AND VERSO CLASS SETTLEMENT UNDER FED. R. CIV. P. 23.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice  on a motion for Order Granting Final Approval of Class Settlement

Date:  11/22/23

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*